

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Abayomi Akinleye

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Administration of Children's Services
Juana Morales-Isley
State of New York

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV-22 0449

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

CHEN, J.

BULSARA, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 24 2022 ★

LONG ISLAND OFFICE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Abayomi Akinleye |
   | Street Address | 187-09 Tioga Drive |
   | City and County | Queens |
   | State and Zip Code | New York 11412 |
   | Telephone Number | 347-859-3173 |
   | E-mail Address | Yomiakinleye@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Administration of Children's Services |
   | Job or Title (if known) | |
   | Street Address | 150 William Street |
   | City and County | Manhattan |
   | State and Zip Code | 10038 |
   | Telephone Number | |
   | E-mail Address (if known) | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Juana Morales-Isley |
   | Job or Title (if known) | A.C.S. Police Sergant |
   | Street Address | |
   | City and County | |

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name **State of New York**_____

Job or Title _____
(if known)

Street Address City _____
and County State _____
and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address City _____
and County State _____
and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

<u>The 1st Amendment</u>
<u>The 14th Amendment</u>
<u>The Declaration of Independence</u>

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

10/01/19-10/30/19, Sgt. Morales used an offensive slur of my traditional African name, referring to me as "Yummy" instead of "Yomi" (meaning, save me) I was subjected to cat calls such as "My baby", "My love" and "My Sweetheart" despite my pleadings. She attempted to assault me with a stick like object
See attached.

5

## III (continued)

object on 01/03/20 because I ignored her, when I escaped her she shouted "This Nigger wants to get cursed out!". There are numerous instances of retaliation and harassment by Sgt Morales because I refused her advances. Administration of Children's Services was well aware of Sgt. Morales's prior misconducts and my situation yet no corrective actions were taken. State of New York is liable due to the fact that they gave Sgt. Morales her Peace Officer License. All acts of sexual hassament and discrimination at the hands of Sgt. Morales has been substantiated by A.C.S. E.E.O, please view exhibit A.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I've been working out of my vehicle in the building garage since the begining of the harassment due to fear of being attacted, I've requested for an office but was denied. I was caused mental anguish and depression which did considerable damage to my relationship with my family, spouse and children. I require fair and just compensation.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff          _____
Printed Name of Plaintiff       _____

6

*Exhibit A.*



June 28, 2021

**David A. Hansell**
Commissioner

**Siheem Roseborough**
Interim EEO Officer
Office of Equal Employment Opportunity

150 William Street
11th Floor
New York, NY 10038

Re: Yomi Akinleye vs. Juana Morales-Isley
EEO Inquiry # 006-20; Case # 01-20

Dear Mr. Akinleye:

The Office of Equal Employment Opportunity (OEEO) has investigated the Complaint of Discrimination dated February 19, 2020 in which it was alleged that Ms. Morales-Isley violated the City of New York's Equal Employment Opportunity Policy by committing an act of race-based discrimination and sexual harassment. Based on the findings of OEEO's investigation, the allegation of race-based discrimination and sexual harassment in this case was classified as **SUBSTANTIATED**. This case will now be considered closed.

OEEO made the following recommendations:

- OEEO training in order to familiarize Ms. Morales-Isley with the Agency's expectations for her behavior;
- Referral to the Employment Law Unit to determine whether disciplinary action is appropriate.

Please be advised that it is unlawful to retaliate against or harass any person for filing an EEO Complaint or for cooperating in the investigation of an EEO Complaint. Any employee who engages in such retaliation or harassment shall be disciplined.

If you have any questions, please feel free to contact me at (212) 442-2356.

Sincerely,

*Siheem A Roseborough*

Siheem Roseborough, Esq.
Interim EEO Officer, Office of Equal Employment Opportunity

cc: OEEO, Office of Personnel

Hasani Alexander
184-09 Tioga Drive
Queens New York, 11412

CERTIFIED MAIL
7019 2280 0000 8775 9254

U.S. POSTAGE PAID
FCM LG ENV
SAINT ALBANS, NY
11412
JAN 18, 22
AMOUNT
$5.71
R2305K140905-16

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention: Pro Se Office

1/24/22

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 24 2022 ★
LONG ISLAND OFFICE