UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ABAYOMI AKINLEYE,

                                                   JUDGMENT

               Plaintiff,                      22-CV-449 (PKC) (SJB)

     v.

ADMINISTRATION OF CHILD SERVICES, et al.,

              Defendants.

-------------------------------------------------------------X

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 1, 2022, granting the motion to dismiss; and dismissing this case in its entirety with prejudice; it is

       ORDERED and ADJUDGED that the motion to dismiss is granted; and that this case is dismissed in its entirety with prejudice.

Dated: Brooklyn, New York                 Brenna B. Mahoney
       September 6, 2022             Clerk of Court

                                             By:     */s/Jalitza Poveda*
                                                 Deputy Clerk